# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| v. | CRIM. NO. 23-132 (RAM) |
| **[62] ANDRES ORLANDO ACEVEDO-RIVERA** | |
| Defendant. | |

## ORDER OF DETENTION

Defendant was on conditions of supervised release pending trial. See Docket No. 547. On September 13, 2023, the United States Probation Office filed a motion informing of Defendant's violations to his conditions of release. Docket No. 696. The United States Probation Office filed a second motion on September 14, 2023, informing of additional violations and requesting an arrest warrant. An arrest warrant was issued at Docket No. 700 and the Defendant is currently detained.

Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing, the judicial officer" finds (1) clear and convincing evidence that a violation of conditions of release occurred, and (2) the person is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b). A bond revocation hearing was held today. The Defendant did not contest the alleged violations at Docket Nos. 696 and 698. At this juncture, the Court is of the opinion that Defendant is unlikely to abide by conditions of

release. Therefore, Defendant's bond is revoked. The Defendant is to remain detained pending trial.

      IT IS SO ORDERED.
      In San Juan, Puerto Rico, this 3rd day of January 2024.

                                              s/ Giselle López-Soler
                                              GISELLE LÓPEZ-SOLER
                                              United States Magistrate Judge